**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-10263 |
| Plaintiff - Appellee, | D.C. No. 2:07-CR-00428-EHC |
| v. | |
| RUFINO VALDEZ-LOPEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Earl H. Carroll, District Judge, Presiding

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Rufino Valdez-Lopez appeals from his jury-trial conviction and 240-month

sentence for conspiracy to harbor illegal aliens, in violation of 8 U.S.C.

§ 1324(a)(1)(A)(iii), (a)(1)(A)(v)(I) and (II); harboring illegal aliens, in violation

of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(A)(v)(II); conspiracy to commit hostage

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

taking, in violation of 18 U.S.C. § 1203; hostage taking and aiding and abetting, in violation of 18 U.S.C. §§ 1203 and 2; and possession or use of a firearm in a crime of violence, in violation of 18 U.S.C. §§ 924(c) and 2. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Valdez-Lopez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.